1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                          DISTRICT OF NEVADA
8                                * * * * *
9   DOREEN WACKER                          )
                                           ) Case No. 3:11-cv-00807-LRH-VPC
10                 Plaintiff,              )
                                           )
11   vs.                                   ) ORDER REGARDING
                                           ) EARLY NEUTRAL EVALUATION
12   UNITED STATES OF AMERICAN; *et al.*,  )
                                           )
13                 Defendants.             )
                                           )
14

15        WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any

16   time, set any appropriate civil case for settlement conference or any other alternative method of

17   dispute resolution, and

18        WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to

19   Local Rule 16-6 have proven to be an effective method of dispute resolution, and

20        WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral

21   Evaluation even though Local Rule 16-6 does not normally apply to this type of case, and GOOD

22   CAUSE APPEARING,

23        IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by

24   Magistrate Judge Robert A. McQuaid and shall be held no later than sixty (60) days from the

25   entry of this order. The parties shall comply with the procedural requirements of Local Rule 16-6.

26   All evaluation statements shall be delivered to Magistrate Judge McQuaid in care of the Reno

27   Clerk's Office, 400 S. Virginia Street, Reno, Nevada, 89501.

28        The appropriate Courtroom Deputy will contact the parties within ten (10) days to

1  schedule the Early Neutral Evaluation in this action.

3      IT IS SO ORDERED.

4      DATED this 8th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2